Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re:<br><br>Betty Lou Danley,<br><br><br>Debtor. | Chapter 7<br><br>CASE NO. 24-12508<br><br>ORDER APPROVING TRUSTEE'S OBJECTION TO EXEMPTIONS |
|---|---|

THIS MATTER having come regularly set before this Court that was set for hearing upon notice and motion by Michael P. Klein, the Chapter 7 trustee in this case ("trustee"). The Court finds that the language "100% of fair market value, up to any applicable statutory limit" violates the Rules Enabling Act because it abridges, enlarges and modifies the Federal and Washington exemption statutes and, therefore, it is unlawful. Now therefore it is

**ORDERED** that the Trustee's Objection to Exemptions shall be sustained without prejudice to allow the debtor to properly claim a list of valid exemptions.

/// End of Order ///

Presented by:

  /s/Michael P. Klein
Michael P. Klein, Chapter 7 Trustee

ORDER APPROVING TRUSTEE'S
OBJECTION TO EXEMPTIONS  - 1

MICHAEL P. KLEIN
Chapter 7 Trustee
330 Madison Ave. S., Suite 105
Bainbridge Island, WA  98110
(206) 842-3638

Case 24-12508-CMA    Doc 28    Filed 02/18/25    Ent. 02/18/25 12:44:02    Pg. 1 of 1